Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of LA

_____ Division

| | |
|---|---|
| Monica Jackson | Case No. **17-6361** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | **SECT. S MAG. 1** |
| -v- | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| Lieuteniant Clint Patterson, Sheriff Greg Champagne, Saint Charles Parish Sheriff Office, St. Charles Parish District Attorneys Office, Kim K. Mc Elwee, Harry J. Morel | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Monica Jackson |
   | Street Address | 168 River Oaks Drive |
   | City and County | Laplace |
   | State and Zip Code | Louisiana |
   | Telephone Number | 70068 |
   | E-mail Address | monicaevery25@yahoo.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TENDERED FOR FILING
JUN 29 2017
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 6

Defendant No. 1
- Name: Clint M. Patterson
- Job or Title (if known): Lieutenant
- Street Address: 260 Judge Edward Dufresne parkway
- City and County: Luling St. Charles Parish
- State and Zip Code: Louisiana
- Telephone Number: 985-783-1223
- E-mail Address (if known): cpatterson@stcharlessheriff.org

Defendant No. 2
- Name: Greg Champagne
- Job or Title (if known): Sheriff
- Street Address: 15025 River Rd,
- City and County: Hahnville St. Charles Parish
- State and Zip Code: Louisiana 70057
- Telephone Number: 985-783-1280
- E-mail Address (if known): gchamp@stcharlessheriff.org <gchamp@stcharlessheriff.org>;

Defendant No. 3
- Name: Saint Charles Sheriff Office
- Job or Title (if known):
- Street Address: 15025 River Rd, Hahnville, LA 70057
- City and County: Hahnville St. Charles Parish
- State and Zip Code: Louisiana 70057
- Telephone Number: 985-783-1280
- E-mail Address (if known):

Defendant No. 4
- Name: Kim K. Mc Elwee
- Job or Title (if known): Attorney
- Street Address: 7037 Canal Street Suite 204
- City and County: New Orleans Orleans County
- State and Zip Code: Louisiana 70124
- Telephone Number: 504-283-5445
- E-mail Address (if known):

Defendant No. 1
- Name: St. Charles Parish District Attorneys Office
- Job or Title *(if known)*:
- Street Address: 15045 River Road
- City and County: Hahnville, LA 70057
- State and Zip Code: Louisiana
- Telephone Number: 985-783-6263
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Harry J. Morel  36691-034
- Job or Title *(if known)*: Prisnor
- Street Address: 2113 NORTH HWY 175
- City and County:
- State and Zip Code: SEAGOVILLE, TX  75159
- Telephone Number: 972-287-2911
- E-mail Address *(if known)*: SEA/ExecAssistant@bop.gov

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. Sec. 1983 (Civil action for deprivation of rights)
Damages for defamation and intentional infliction of emotional distress under Louisiana Civil Code 2315
28 U.S.C Sec. 1367 For defamation and intential infliction

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* NA _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* N/A _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* NA , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        N/A

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

  See Attached Letter

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am being g targeted because I testified at a Grand Jury for the FBI against Harry Morel and also because I also complained on Assistant District Attorney Kim Mc Elwee to then District Attorney Harry Morel for illegally my case. The case was never assigned to her nor did she consult my lawyer or get approval from me before closing my case against Ingrid Norah for being attacked at the Hahnville court house .
My photo was put on the internet along with my address to endanger my life and intimidate me and my family and personal property was destroyed. My business was slandered in the media. The defendant Clint Patterson also submitted a phony charge on my background report to Louisiana State Police and insisted it stayed there until I spoke to his immediate supervisor to remove it . I lost my job because of this,it impacted my finances and my credit. These actions has caused great distressed on my health and has been mentally draining. The defendants are all Caucasian and I am African America, which is why I feel I am being targeted. I would like the court to investigate these issues. I would like the Court to order the defendants to remove any and all slanderous posting from media and to stop damaging behavior. I would like to ask for money damages for pain and suffering .

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/29/2017

Signature of Plaintiff: *Monica a. Jaksn*
Printed Name of Plaintiff: Monica Jackson

#### B. For Attorneys

168 River Oaks Dr
LaPlace, LA 70068
504-401-3489

Date of signing: N/A,

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address _____

I was charged with obstruction of justice in Saint Charles Parish in 2014. The arresting detective was Clint Patterson, and the prosecuting District Attorney was Kim McElwee.

When he was investigating me, Clint Patterson had a witness against me who gave him my phone number. At no time did Detective Patterson attempt to call me, or give me the opportunity to speak with him about the investigation.

Eventually an attachment was issued for my arrest. I found it strange that Detective Patterson had not called me or met with me, because in the past he had met with both me and my daughter - but instead he called the U.S. Marshals. I thought this was a waste of taxpayer dollars.

Detective Patterson came to see me along with another detective. I told him that I had been attacked in the courthouse in 2010 and I told him that Detective Erik Brass had issued a warrant for Ingrid Norah, the person who attacked me. Detective Patterson laughed and said "Ha ha, he ain't even a detective anymore." I was surprised to find that out, although Detective Patterson seemed very happy about it. He said he didn't know anything about my case.

He seemed very nonchalant about me being attacked, and asked if I cared about the obstruction of justice charge against me. I told him District Attorney Kim McElwee was only charging me because I had gone to Harry Morel and filed a complaint against her. Detective Patterson said he knew nothing about that.

The next day I was transferred to Nelson Coleman Correctional Facility. While I was in custody there, Detective Patterson told me the FBI would like to speak with me. He placed me in a room, and I asked him "Why don't I have a bond, I'm not a convicted felon, and I don't understand." I never got an answer.

Agent Mike Zimmer came in to talk to me. I told him about how Harry Morel had wanted sexual favors from me, and how I felt that Kim McElwee had swept my case under the rug, without notifying my attorneys or myself. I also talked to the agent about how I wasn't given a bond.

After Agent Zimmer left, Detective Patterson said "You are too relaxed, you should sit for a while." "Maybe people think you shouldn't get out," he added. He laughed and said "Yeah, we're going to hold you a while longer."

That statement led me to believe that Clint Patterson was involved in a conspiracy with Kim McElwee to keep me in jail, first with a million dollar bond, then with no bond. I believe Clint Patterson gave inaccurate information about my records to Ms. McElwee so she would keep me in custody.

I believe they did this in retaliation for me complaining to Harry Morel about Ms. Kim K. McElwee illegally closing my case without speaking to my attorneys nor myself and for telling the St. John the Baptist detectives about Mr. Morel asking for sexual favors - which led to the FBI agents investigating Mr. Morel.

I was in jail for a total of forty-nine days. I talked to federal agents periodically - often in code or through riddles. And every time I talked to federal agents, Clint Patterson would come up with some excuse to keep me in jail.

Finally, my lawyers sought relief from the Fourth Circuit Court of Appeals, and I was granted a bond. When Detective Patterson learned of this, he claimed I was going to flee to Mexico. I have never been to Mexico - I don't even have a passport. I have been home almost three years, and I have never left for Mexico or anywhere else.

Soon after I got home from jail someone left a dead bird by my window. I called the police, who filed a report about it. I also began receiving threatening phone calls, such as "Nigger bitch, leave Harry alone," and "Rat bitch, Harry is untouchable, dead bitch." My family was scared, and so was I.

Only Clint Patterson and members of the St. Charles Sheriff's Office knew about my involvement in Harry Morel's case. Judge Emile St. Pierre said he didn't know I was helping the FBI in the case. But Detective Patterson listened to my calls and sat in the room with me when I talked to Agent Zimmer - although he later testified under oath that he didn't know I was talking to federal agents.

Clint Patterson took a statement from Kizzy Kinsey, who claimed she had been raped by Leroy Jackson in my Kenner tax office in 2010. But I didn't open an office until 2011 - and Leroy Jackson was in custody at Nelson Coleman in 2010, and wasn't released until February 2011. And I didn't meet Ms. Kinsey until 2012.

Nevertheless, Kim McElwee told my mother and my attorneys that she wanted to use Ms. Kinsey's statement against me in court. Ms. McElwee didn't say how, or even if, she had done any further investigation to determine whether Ms. Kinsey's story was true, and neither did Detective Patterson. I believe they just wanted to keep me in jail by any means necessary.

In 2016 my employer requested I go to State Police to get a background report. Their office informed me that I had to come to the Baton Rouge office in person and speak with Amanda Moore, When I spoke with Ms. Moore, she told me the St. Charles Parish Sheriff's Office was reporting some "inconsistencies" in my

background report. "They are reporting that you were arrested for a rape of some sort." I showed her my copy of my background report from St. Charles Parish Sheriff's Office, which didn't include any form "Rape" of charges. The State Police informed me that I could not get my record corrected or expunged until the St. Charles Sheriff's Office corrects their mistake.

 I called the Attorney General's office and was told to call aint Charles parish Sheriff Office and speak with Ms.Sheri Champagne, who told me to come in and talk with her. When I met with Ms. Champagne I showed her copies of both background reports and pointed out the discrepancy. Ms. Champagne told me that the staff at Nelson Coleman could fix the problem.

 I spoke with the Nelson Coleman staff and explained the problem. A lady named Theresa (From records department ) contacted me and told me she had tried to correct my record, but Detective Clint Patterson had advised her that the rape charge was accurate and was not to be removed. I explained to Ms. Theresa that Detective Patterson doesn't like me and is trying to harm my reputation. She advised me to speak with his supervisor, Lieutenant David Ehrmann.

 I spoke with Lieutenant David Ehrmann and he told me he would speak with Detective Clint Patterson about the matter, and would gladly update my records "because it's the right thing to do." Lieutenant David Ehrmann was very nice and very polite. He kept his word and my records were updated with Louisiana State Police. I even called him back to say thank you.

 In December 2013, Lieutenant Clint Patterson interviewed my son Joshua Every and Kizzy Kinsey. So he has known since then, at least, that Joshua is my son.

 When Joshua was arrested in 2016, <u>MY</u> mugshot and charges mysteriously appeared on NOLA.COM, even though my case was closed and the record was sealed. The poster claimed that I was "probably the getaway driver," and that I was "receiving grant money to house inmates." The poster also claimed that I owned businesses and that my employees probably robbed them. And he made claims about my income, and remarked that "she drives a $65,000.00 car."

 I believe the person who posted this information was Clint Patterson. When I reported the postings to the FBI, they called the the St. Charles Sheriff's Office, and immediately the postings stopped.

I have never stated what my income is, nor have I ever stated that I owned any of the businesses mentioned in the posts. And it is very strange that all the specifics about my case were posted online, even after the charges were dropped or dismissed, and an expungement order put in place; according to Judge St. Pierre the records and all documents were to remain sealed.

The posting of unverified claims, and records that were ordered to remain under seal, brought media attention that defamed my character and my business. To insinuate that I was somehow involved in a criminal offense, that I was poor and could not afford my home or my vehicle, and that I was accepting grant money to house inmates, is extremely irresponsible.

I believe the poster launched a vendetta against me because I talked to the FBI about Harry Morel. I believe certain members of the Sheriff's Office tried to hype the media about me, and in doing so they may have put my life in danger.

A few weeks ago, I received a phone call from someone who said "Go file your complaint against Lieutenant Patterson, because he was quoted as saying he wishes he could put you back in jail, and he knows you came to the Sheriff's Office to file a complaint against him, and he is behind the postings about you in the media." The caller said there were other people working with Lt. Clint Patterson as well: "they are upset about you talking on Harry and everybody at the Sheriff's Office knows Lt. Patterson hates you."

On April 11, 2017, I requested that Judge Emile St. Pierre unseal my records in St. Charles Parish. That morning someone placed a dead bird at my front door.

I need help. Please investigate this matter. I am a black woman of modest means who is being smeared in the media and intimidated by people who, I believe, are public officials who have much more power and influence than I do. And I believe it's all because I exposed their corruption. I do feel that others could be involved with Lieutenant Clint Patterson from the sheriff department and could also possibly the District Attorney's Office as well who also took part in this conspiracy to slander my name, defame my business, hype the media , endanger my life and mainly to intimate me. **Many of these slanderous postings were posted on tax payers time during normal business hours. This a form or abusive power.**