# United States District Court
# Eastern District of Louisiana

**Monica Jackson**

**Plaintiff(S)**

VERSUS

LT. Clint Patterson, ETAL

Civil Action

No. 17-6361

Section: S- MAG -1

## Amended Complaint

I am amending my original petition and should reflect the following defendants as follow Det. Clint M. Patterson, Sheriff Greg Champagne, In his official capacity. Joel T. Chaisson II In His Official Capacity As District Attorney For The 29th Judicial District, Kim K. McElwee, Former District Attorney 'for the 29th Judicial District, Harry J. Morel Jr. Former District Attorney For the 29th Judicial District.

I am amending this federal petition because my Constitutional Rights were violated, Constructive Contempt was displayed on social media on NOLA.com and Racial Bias occurred as well. Why am I not allowed to dwell in peace like any normal citizen that was arrested? I was arrested in 2014. I am not filing this petition because of a wrongful arrest because the prescriptions expired on their own. So, I oppose defendants unsealing my arrest record because it does not relate to the case. I am not filing a wrongful arrest petition; I am filing because of the actions the defendant gained through their employment about me and how they used it / sold it to a 3rd party for their personal enjoyment to pubic humiliate me and embarrassment.

I am filing a petition in State court against the same defendants because they used sensitive information that they learned through their positions as a detective for the St. Charles Parish Law Enforcement District AKA St. Charles Parish Sheriff's Office and as a District Attorney for the 29th judicial District and posted frivolous posts about me. They defamed my character, my company, my name, and costs me contracts and revenue with these false statements. They violated an expungement/ Seal Order by Honorary Judge Emile (October 2015) and used my sensitive information to hype the media in a criminal investigation which had nothing to do with plaintiff Monica Jackson in any way, endanger my life and family.

These defendants released sensitive information about me and decided to post it to NOLA .com blog, without prior authorization from myself, my attorneys and permission from the courts, and Joel T. Chaisson II as District Attorney for the 29 Judicial District Attorneys' office. Constructive Contempt/ Violating an order.

So, by no means am I filing the exact same petition in State court and Federal Court. I apologize for any confusion that this caused.

*(Signature)* — *Monica Jacks* (signed)

12-12-17    Monica Jackson

168 River Oaks Drive

**Certificate OF Service**

**Certificate OF Service**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this __12th_ day of December 2017

*Monica Jacks* (signed)

**SIGNATURE**